IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nico Trinkhaus, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:21-cv-02996 |
| v. | ) ) ) | |
| Essendant Co., | ) ) ) | |
| Defendant. | ) ) | |

**JOINT INITIAL STATUS REPORT**

     The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and conduct a planning conference. Thereafter, to help the Court learn about the case, the parties shall jointly prepare and file an initial status report, not to exceed five pages, and file the report at least three business days before the initial status conference set in the case. If defendant's counsel has not yet filed an appearance, plaintiff's counsel should prepare the status report. The report shall provide the following information in the following format:

I.     Nature of the Case

     A.     State the basis for federal jurisdiction.

          This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. This Court has personal jurisdiction over Essendant Co. because it maintains its principal place of business in Lake County, Illinois. Venue is similarly proper in the Northern District of Illinois, Eastern Division.

     B.     Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims.

          Plaintiff has asserted a claim for copyright infringement pursuant to 17 U.S.C. §504 based upon Plaintiff's allegation that Defendant willfully stored and displayed a photograph of the Batiment des Forces Motrices BFM in Geneva Switzerland which plaintiff alleges is registered with the United States Copyright Office under registration number VA 2-076-549.

  C.  Describe the relief sought.

  Plaintiff seeks a judgment (i) finding that Defendant infringed Plaintiff's copyright interest in the Photograph by copying and displaying without a license or consent; (ii) an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringements as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against each Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger; an order pursuant to 17 U.S.C. § 502(a) enjoining Defendant from any infringing use of any of Plaintiff's works; an award of the costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505; and pre-judgment interest as permitted by law.

  D.  State whether there has been a jury demand.

  Yes.

  E.  List the names of any parties who have not yet been served.

  None.

II. <u>Discovery and Pending Motions</u>

  A.  Identify any pending motions.

  None.

  B.  Submit a proposal for discovery and a case management plan that includes the following information: (1) the type of discovery needed, including any potential electronic discovery or bifurcated discovery; (2) the need for any proposed protective orders; (3) a date for Rule 26(a)(1) disclosures; (4) a date for the completion of fact discovery; and (5) whether there will be expert discovery.

- Rule 26(a)(1) Disclosure deadline: August 11, 2021
- Completion of Fact Discovery deadline: January 3, 2021
- Completion of Discovery deadline: February 2, 2021
- The parties do not expect there to be any Expert Discovery. If expert discovery is required, it will be to resolve disputes about certain electronic data which is produced in fact discovery.

III. Settlement and Referrals

    A. State whether any settlement discussions have occurred and describe the status of any settlement discussions. (Do *not* provide the particulars of any demands or offers that have been made.)

        The parties' counsel have engaged in informal settlement discussions by telephone.

    B. State whether the parties request a settlement conference at this time before this Court or the Magistrate Judge.

        Both parties request a settlement conference at this time before Judge Alonso and agree to extend all deadlines to a date after the settlement conference is held.

    C. State whether counsel have informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and whether the parties unanimously consent to the Magistrate Judge's jurisdiction. (Do *not* report whether individual parties have so consented.) The court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.

        Both parties have advised their clients about the possibility of proceeding before the assigned Magistrate Judge.

Dated: July 27, 2021

| | |
|---|---|
| BARSHAY SANDERS, PLLC | SCHNEIDER & STONE |
| By: /s/ Craig B. Sanders | By: /s/ Matthew Stone |
| 100 Garden City Plaza, Suite 500 | 8424 Skokie Blvd, Suite 200 |
| Garden City, NY 11530 | Skokie, Illinois 60077 |
| (516) 203-7600 | (847) 933 – 0300 |
| csanders@barshaysanders.com | mstone@windycitylawgroup.com |
| Attorneys for Plaintiff | Attorney(s) for Defendant(s) |